# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | |
|---|---|
| GINA TRAHEY,<br><br>                    Plaintiff,<br><br>   v.<br><br>GRAND STRAND REGIONAL MEDICAL CENTER, HCA HEALTHCARE, INC., PARALLON AND CYNTHIA HILTON,<br><br>                    Defendant. | Civil Action No.: 4:22-cv-01567-SAL-TER |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by and through their undersigned legal counsel, and stipulate to the dismissal of this action with prejudice. Each party shall bear their own costs and attorneys' fees.

Respectfully submitted and stipulated by the parties, this 14th day of June, 2024,

*s/ Bonnie Travaglio Hunt* (with permission)
Bonnie Travaglio Hunt
HUNT LAW LLC
4000 Faber Place Drive, Suite 300
North Charleston, SC 29405
PO Box 1845, Goose Creek, SC 29445
(843) 553-8709
bthunt@huntlawllc.com

Counsel for Plaintiff

*s/ Wade E. Ballard*
Wade E. Ballard
Federal ID No. 1180
wballard@fordharrison.com
Brianna L. Schill
Federal ID No. 13570
bschill@fordharrison.com
FORD & HARRISON LLP
100 Dunbar Street, Suite 300
Spartanburg, South Carolina 29306
Telephone: (864) 699-1100
Facsimile:  (864) 699-1101

Attorneys for Defendants

WSACTIVELLP:113362320.1